STATE OF LOUISIANA                    NO. 24-KH-147

VERSUS                               FIFTH CIRCUIT

ROMALIS HESTER                       COURT OF APPEAL

                                     STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
Chief Deputy, Clerk of Court

_____ April 23, 2024 _____

Susan Buchholz
Chief Deputy Clerk

**IN RE** ROMALIS HESTER

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE ELLEN SHIRER KOVACH, DIVISION "K", NUMBER 21-2575

Panel composed of Judges Fredericka Homberg Wicker, Stephen J. Windhorst, and John J. Molaison, Jr.

### WRIT GRANTED FOR LIMITED PURPOSE

In this *pro se* writ application, relator, Romalis Hester, seeks a writ of mandamus from this Court ordering the trial court to provide him with a copy of his *Boykin* transcript. He contends that the trial court previously ordered its production, but he has not received it. Mr. Hester asserts that he needs his transcript in order to file his first application for post-conviction relief (APCR), because the "post conviction tolling period has been running since August 5, 2022."

Relator filed a Motion for Production of Guilty Plea Colloquy, Bill of Information, and Court Minutes in the trial court on December 19, 2023. On January 9, 2024, the trial court granted relator's motion and ordered that relator "be provided with a copy of his *Boykin* and sentencing transcript." The court indicated that a copy of its order would be forwarded to the Chief of Court Reporters and

that the transcript would be provided to relator "within the time period as established by law."

On February 1, 2024, relator filed a Motion for *Boykin* Colloquy with the trial court, in which he acknowledged that he had received copies of the court minutes and bill of information but he had not yet received a copy of the *Boykin* transcript. On February 26, 2024, the trial court denied relator's motion as moot, stating that it had "recently ordered production of the defendant's *Boykin* transcripts" and the "order granting production of transcripts is currently pending."

Given that three months have passed since the trial court ordered the production of relator's *Boykin* and sentencing transcript, and considering relator's post-conviction deadline under La. C.Cr.P. art. 930.8, we grant relator's writ application for the limited purpose of remanding this matter to the trial court to ensure compliance with its January 9, 2024 order by requiring the court reporter to produce relator's *Boykin* and sentencing transcripts within 30 days, if it has not already done so.

Gretna, Louisiana, this 23rd day of April, 2024.

**FHW**
**SJW**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/23/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-147**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Romalis Hester #771344 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748